IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLIENT C. MOORE, ) | No. C 04-4064 MMC (PR) |
| ) | |
| Petitioner, ) | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| ) | |
| v. ) | |
| ) | |
| A.K. SCRIBNER, ) | **(Docket No. 21)** |
| ) | |
| Respondent. ) | |
| _____ ) | |

On September 27, 2004, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 27, 2007, the petition was denied on its merits and judgment was entered. Petitioner has now filed a notice of appeal and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." See Slack v. McDaniel, 529 U.S. 473, 483 (2000). Accordingly, the request for a certificate of appealability is hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

This order terminates Docket No. 21.

IT IS SO ORDERED.

DATED: April 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge